UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 10215
   MICHAEL D. JARRELL
   LAURA L JARRELL                        CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-4610    SSN XXX-XX-6354
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/21/06 and confirmed on 10/27/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 10481.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| CITIBANK NA | SECURED | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED | .00 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 95.22 | .00 | 9.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1782.25 | .00 | 178.23 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 19149.38 | .00 | 1914.94 |
| B REAL LLC | UNSECURED | 8985.85 | .00 | 898.59 |
| B REAL LLC | UNSECURED | 8565.96 | .00 | 856.60 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1150.00 | .00 | 115.00 |
| KOHLS | UNSECURED | 321.58 | .00 | 32.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 25179.08 | .00 | 2517.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11609.73 | .00 | 1160.97 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 76839.05 | .00 | 76839.05 |
| PRINCIPAL PAID | .00 | .00 | 7683.92 | .00 | 7683.92 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7683.92 | .00 | 7683.92 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00 and was paid $    226.00   direct and $    2274.00   through the plan.

The Trustee received $     519.87 .

Refunds to the Debtor totaled $      3.21 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 07/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 06 B 10215 MICHAEL D. JARRELL & LAURA L JARRELL
```